## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv–01543-CMA-CBS

CARL R. LEONARD,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, and
CINDY KINNEY, Loveland, Colorado Postmaster,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and parties' Stipulated Motion To Dismiss (Doc. # 9) signed by the attorneys for the parties hereto it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs.

    DATED:  September __21__, 2012

                                    BY THE COURT:

                                    */s/ Christine M. Arguello*

                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge